# EXHIBIT 1

# EXHIBIT 1

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

**twitter**

Have an account?Sign in

Username or email [                    ]

Password [                    ]

[ Sign in ]  ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from Connie Hippen.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @drToughTimes.

[ Sign Up › ]

Get updates via SMS by texting **follow drToughTimes** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---------|------|-----------------|
| Australia | • 0198089488 | Telstra |
| Canada | • 21212 (any) | |
| United Kingdom | • 86444 | Vodafone, Orange, 3, O2 |

Two-way (sending and receiving) short codes:

Indonesia          • 89887 AXIS, 3, Telkomsel

Ireland            • 51210 O2

India              • 53000 Bharti Airtel

New Zealand        • 8987 Vodafone, Telecom NZ

United States      • 40404 (any)

Codes for other countries



# drToughTimes

1. RT @florm15: Watching @GlennBeck. He is exposing Weather Underground manifesto. Good show. about 24 hours ago via web
2. Hey Obama - Wait til the Bush tax cuts expire. You think our economy is in the toilet now? But then, that's what you want, right? 10:02 PM Jul 26th via web
3. RT @Herfarm: Can't wait to see congress in orange jumpsuits & picking up trash on the side of the road. #tweetcongress #tcot #tlot #gop ... 3:38 PM Jul 21st via web
4. RT @lizarddawg: The next Republican President needs an uncommon veracity to make swift and jagged cuts to Obamas Socialist Agenized Policies 3:52 PM Jul 20th via web
5. RT @victoria_29: You know someone just said something very profound to me in an email. "Illegal aliens are not immigrants". You know ... 9:12 AM Jul 20th via web
6. "The beauty of the Second Amendment is that it will not be needed until they try to take it." 9:23 PM Jul 19th via web

- *Name Connie Hippen*
- *Location Wyoming*
- *Web http://www.deepro...*
- *Bio I'm just a Rancher, who is coming out of the woodwork to voice my viewpoint from middleclass middle America!*

600 Following  495 Followers  19 Listed

- 1,129 Tweets
- Favorites

## Following



View all…

RSS feed of drToughTimes's tweets  RSS feed of drToughTimes's favorites

7. RT @TeaPartyNJ: Political instability in the United States is stopping business investment and JOBS. Send NoJoba Obama a message in NOV ... 7:07 PM Jul 19th via web

8. As the US Economy Grinds to a Halt...... http://tiny.cc/A0IRT 12:06 PM Jul 19th via web

9. RT @ConservativeGal: When obama talked about wealth distribution, we didn't know he just meant taking from the red states & giving to th ... 9:20 AM Jul 19th via web

10. RT @LarsLarsonShow: multi millionaire president BO bashes gop as party of rich guys from a vacation where his dog flew up on its own sep ... 1:34 PM Jul 17th via web

11. RT @exposeliberals: imagine if Cheney was fined $219,000 like Biden. Media would be covery it 24/7 right now #tcot #p2 #p21 1:22 PM Jul 17th via web

12. Democrats are going to have to decide if they really believe that Presidents are not above the law. http://tinyurl.com/3664v24 1:20 PM Jul 17th via web

13. RT @stubbyjr: We conservatives are in trouble. All the blogging and tweeting won't change anything. Volunteer for a local campaign and work 12:36 PM Jul 17th via web

14. RT @mikepfs: Video - Rush Limbaugh Morning Updates: http://is.gd/dvPNb #COMMONCENTS 8:49 AM Jul 17th via web

15. RT @slbrightman: If you weren't already afraid of Obama, read this: Obama's Second Act Charles Krauthammer National Review Online: http: ... 9:18 PM Jul 16th via web

16. RT @RWBEagle: @Theblacksphere Yes, racism is alive as well as shown by NAACP, New Black Panthers , & illegal aliens & their left supporters 8:47 PM Jul 16th via web

17. RT @pinnie99: RT @BarrySux: Aren't u tired of Big Butt Bertha telling US what to eat? What's next-Mel Gibson telling us how2treat a lady ... 8:25 PM Jul 16th via web

18. RT @DriverPost: Financial Overhaul? Fed caused the financial downfall! Now you & I will pay for it! The institutions at fault got bailed ... 6:45 PM Jul 15th via web

19. RT @beforeitsnews: What effects could #hyperinflation have on food delivery systems

and transportation? http://ow.ly/2c5a5 1:25
PM Jul 15th via web

20. Empty Store Shelves coming soon! Does this
    concern you?? http://tiny.cc/A0IRT 10:53 AM
    Jul 15th via web

more

## Footer

- © 2010 Twitter
- About Us
- Contact
- Blog
- Status
- Goodies
- API
- Business
- Help
- Jobs
- Terms
- Privacy

---

loading... Sorry, this does not appear to be an active Twitter account

# EXHIBIT 2

# EXHIBIT 2



# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com



PRINT THIS

Powered by  Clickability

Jul. 11, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: President: we're 'moving forward'

### Mr. Obama visits Las Vegas

Two years ago, the majority of American voters supported freshman U.S. Sen. Barack Obama for president. Today, neither he nor his party seem that popular. Why?

No one supported candidate Obama based on his achievements -- military, legislative, administrative, or creating jobs in the private sector. There weren't any.

What they embraced was his vow to move past race and partisanship, to seek not merely Democratic solutions or Republican solutions, but bi-partisan solutions, multi-partisan solutions, American solutions.

If that Barack Obama had spoken at Aria in CityCenter Thursday evening, and then at UNLV Friday, one could easily imagine him saying, "You know, our economic policies of the past 18 months have not succeeded. In fact, many things have gotten worse. Here in Southern Nevada, your unemployment rate has skyrocketed from 4.4 percent to 14 percent, people have lost their homes, businesses have closed, 135,000 jobs have been lost. And it just might be that the tax-and-spend dinosaurs of my own party are part of the problem. So instead of making fun of Republicans, conservatives, libertarians, anyone with some fresh ideas, I've started calling in some of those 'greedy capitalists' who've created jobs in the past. I'm asking them what they think we should 'change.'"

Instead, Mr. Obama was here to raise funds for one of those aforementioned graying partisans of the Senate, Sen. Harry Reid. And Mr. Obama continued to blame all his -- and our -- problems on the mess he inherited two years ago.

Change? While the president did not mention Mr. Reid's front-running Republican challenger Sharron Angle by name, he did comment on her plan to let younger workers invest part of their Social Security withholdings in private accounts they would own, while Washington would continue paying promised benefits to older Americans:

"On a lot of these issues, she favors an approach that's even more extreme than the Republicans in Washington," said the "post-partisan" president, drawing laughter from the hand-picked, closed-door Democratic crowd. "That's saying something. That is saying something. I mean, she wants to phase out and privatize Social Security and Medicare."

Whereupon the president proceeded to set out his own detailed plan -- and Sen. Reid's -- to save a Social Security and Medicare entitlement system that's already spent all the money current retirees ever paid in, and which is thus headed for bankruptcy.

Well, no, of course he didn't do that.

The fact is, President Obama once again left behind a sinking feeling that neither he nor Sen. Reid have a clue how to pull this country out of its current dire economic straits.

Oh, they want to spend more tax money propping up the jobs of unionized state and local government workers -- the president bragged, "We fought to keep Nevada teachers, firefighters, and police officers on the job" -- at precisely the time state and local governments should be slashing their bloated budgets.

And where will that money come from? Big tax hikes on the very people who would otherwise be out there creating real, productive jobs -- private businesses.

Higher cigarette taxes. Carbon taxes. "Cap and trade." A tanning salon tax. A "1099" tax that's projected to siphon an extra $7 billion out of the private economy over the next decade to help fund Obamacare ... which was supposed to "save us money." They're already talking about a national Value Added Tax, in addition to the income tax rates that will go up for everyone if the "Bush tax cuts" are allowed to expire in December.

The president nationalizes the student loan business -- a precursor to forgiving tax-backed loans if graduates behave in ways he chooses, destroying thousands of private-sector banking jobs -- and brags, "We fought to eliminate wasteful subsidies that go to banks to act as unnecessary middlemen in administering student loans and make the repayment of loans more manageable for students."

In a disconnect that seemed almost surreal, the president told his audience at UNLV Friday: "As I've repeated many times as president, I believe the greatest generator of jobs in America is our private sector. It's our entrepreneurs and innovators, who are willing to take a chance on a good idea. ... The private sector -- not government -- is, was, and always will be the source of America's economic success.

"That's why we've cut dozens of taxes for the middle class and small businesspeople, extended loan programs to put capital in the hands of startups and worked to reduce the cost of health care for small businesses. And Harry is fighting right now to pass additional tax breaks and loan authority to help small businesses grow and hire."

But businesses are afraid to hire precisely because of the unknown costs of Obamacare, while the aforementioned targeted tax credits to support "clean energy" jobs -- 50 here, 50 there, according to Mr. Obama's own examples -- will collapse the moment federal support is withdrawn.

Unfortunately, Spain already tried that, and a study conducted by Dr. Gabriel Calzada, an economics professor at Juan Carlos University in Madrid, reveals that every "green job" created with government money in Spain over the past eight years came at the cost of 2.2 regular jobs, while only one in 10 of the newly created green jobs became permanent.

President Obama admits government is not the answer -- at the same time he's growing government control over our economy at the fastest rate seen since the wartime emergency of 1942, while bragging how his administration will pick and choose which "startups" are worth taxpayer subsidies.

Problem is, it's not working.

**Find this article at:**
http://www.lvrj.com/opinion/president--we-re--moving-forward--98190929.html

Case 2:10-cv-01454-RLH-LRL   Document 1-1   Filed 08/26/10   Page 11 of 24

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4



From Capitalism to Communism!

All Conservatives need to watch this!

POSTED BY DEEP ROOTS IN TOUGH TIMES AT 9:37 AM   2 COMMENTS
LINKS TO THIS POST   
LABELS: YOUTUBE

MONDAY, JULY 12, 2010

## we're 'moving forward' (to what ?)





## CONSERVATIVE PERSPECTIVE

Americas Only Auto Company Speaks: Ford's CEO on 'Your World' - *Mr. Mulally, you are dead right on the "goodwill part"*
*2 hours ago*



## Warning Signs

America's Bad Karma - By Alan Caruba When times turn ugly and people begin to worry about the future they begin to look for some group on which to pin the blame. Fears manife...
*12 hours ago*

## Preparedness Pro Blog

Hyperinflation Series: Fighting Fire with Fire - By Kellene Bishop Many moons ago (I think nearly 11 years) my hubby and I decided to go to Walt Disney World for a delayed honeymoon. As a part of our Land...
*13 hours ago*



## Home On the Range

If you could only leave your home with what you could carry, what would it be? - If you could only take what you could carry in your arms out of your home in the event of a disaster what would it be?I'm settled in a hotel, where I will be...
*14 hours ago*



## Preparedness Pantry

Chicken (or Turkey) Broccoli Casserole - A touch of lemon pepper adds a little spice to this easy-to-make chicken or turkey casserole. *Ingredients*: 2 cups Freeze-

Mr. Obama visits Las Vegas:

Two years ago, the majority of American voters supported freshman U.S. Sen. Barack Obama for president. Today, neither he nor his party seem that popular. Why?

No one supported candidate Obama based on his achievements -- military, legislative, administrative, or creating jobs in the private sector. There weren't any.

What they embraced was his vow to move past race and partisanship, to seek not merely Democratic solutions or Republican solutions, but bi-partisan solutions, multi-partisan solutions, American solutions.

If that Barack Obama had spoken at Aria in CityCenter Thursday evening, and then at UNLV Friday, one could easily imagine him saying, "You know, our economic policies of the past 18 months have not succeeded. In fact, many things have gotten worse. In Southern Nevada, the unemployment rate has skyrocketed from 4.4 percent to 14 percent, people have lost their homes, businesses have closed, 135,000 jobs have been lost. And it just might be that my fellow tax-and-spend dinosaurs of the Dem party are part of the problem. So instead of making fun of Republicans, conservatives, libertarians, anyone with some fresh ideas, I've started calling in some of those 'greedy capitalists' who've created jobs in the past. I'm asking them what they think we should 'change.'"

Instead, Mr. Obama was there to raise funds for one of those aforementioned graying partisans of the Senate, Sen. Harry Reid. And Mr. Obama continued to blame all his -- and our -- problems on the mess he inherited two years ago.

Change? While the president did not mention Mr. Reid's front-running Republican challenger Sharron Angle by name, he did comment on her plan to let younger workers invest part of their Social Security withholdings in private accounts they would own, while Washington would continue paying promised benefits to older Americans:

"On a lot of these issues, she favors an approach that's even more extreme than the Republicans in Washington," said the "post-partisan" president, drawing laughter from the hand-picked, closed-

Dried Chicken and/or Turkey 1-2...
*19 hours ago*

**America! Oh how we'll miss you!**
On The Hijacking Of Main Street Media - Re: The Left "The Journolist has started to leak like an overripe diaper. Just in case you've been living in a cave, or if you only get your news from MSN...
*19 hours ago*

**Stealth Survival**

Riverwalker's Pics - High Places - Got friends in high places? Staying way above the water line! Riverwalker
*21 hours ago*

**Rural Revolution**

Last day in Portland - Sunday was the last day of the event, and traditionally a much slower day. Sure enough, we only sold nine tankards. (That's okay, Friday and Saturday made ...
*1 day ago*

**The Urban Survivalist**
Free Wallet Firestarters! - Leon over at http://survivalcommonsense.com/ has made a very generous offer to my readers. He's giving away free wallet firestarters for a limited time! Ju...
*1 day ago*

**Full Metal Patriot**

Graphed: Obama's "saved or created" jobs - Disturbing imagery from *The Decline: The Geography of a Recession*, using the U.S. Department of Labor's statistics in graphic form. (h/t:

door Democratic crowd. "That's saying something. That is saying something. I mean, she wants to phase out and privatize Social Security and Medicare."

Whereupon the president proceeded to set out his own detailed plan -- and Sen. Reid's -- to save a Social Security and Medicare entitlement system that's already spent all the money current retirees ever paid in, and which is thus headed for bankruptcy.

Well, no, of course he didn't do that.

The fact is, President Obama once again left behind a sinking feeling that neither he nor Sen. Reid have a clue how to pull this country out of its current dire economic straits.

Oh, they want to spend more tax money propping up the jobs of unionized state and local government workers -- the president bragged, "We fought to keep Nevada teachers, firefighters, and police officers on the job" -- at precisely the time state and local governments should be slashing their bloated budgets.

And where will that money come from? Big tax hikes on the very people who would otherwise be out there creating real, productive jobs -- private businesses.

Higher cigarette taxes. Carbon taxes. "Cap and trade." A tanning salon tax. A "1099" tax that's projected to siphon an extra $7 billion out of the private economy over the next decade to help fund Obamacare ... which was supposed to "save us money." They're already talking about a national Value Added Tax, in addition to the income tax rates that will go up for everyone if the "Bush tax cuts" are allowed to expire in December.

The president nationalizes the student loan business -- a precursor to forgiving tax-backed loans if graduates behave in ways he chooses, destroying thousands of private-sector banking jobs -- and brags, "We fought to eliminate wasteful subsidies that go to banks to act as unnecessary middlemen in administering student loans and make the repayment of loans more manageable for students."

In a disconnect that seemed almost surreal, the president told his audience at UNLV Friday: "As I've repeated many times as president,

Moonbattery ) ...
*3 days ago*

**American Preppers Network**
No regrets in trying, just not doing! - From SaltyDawg ThePiratesRepublic.com I found myself reading a blog I often frequent when perusing the internet. This particular blog was titled "Are you ...
*6 days ago*

**The Prepper Podcast**
Welcome to the New Prepper Podcast! - Welcome to the prelaunch of the New Prepper Podcast. Soon you'll be able to download and listen to great survival and preparedness podcasts just as before ...
*2 weeks ago*

**SURVIVAL STEW : a prepper's guide**
Jobless Recovery - Thanks to my friend Bartender Cabbie for the comment noticing my past post predicting the claiming of a jobless recovery. That, of course, is hogwash but n...
*1 month ago*

**Prepare for tomorrow**
Moving to a new blog. - I will be moving over to a new blog site http://mbarnatl.wordpress.com/ . It will be easier for me to make blogs from now on. Thanks.
*1 month ago*

**The Starving Bloggist**
Tea Time - Posted By - The Starving Bloggist The Tea Party Movement has claimed its first Republican victim, Senator Bob Bennett from Utah. Bennett was defeated last ...
*2 months ago*

LABELS

Obama (60)
Economy (37)

I believe the greatest generator of jobs in America is our private sector. It's our entrepreneurs and innovators, who are willing to take a chance on a good idea. ... The private sector -- not government -- is, was, and always will be the source of America's economic success.

"That's why we've cut dozens of taxes for the middle class and small businesspeople, extended loan programs to put capital in the hands of startups and worked to reduce the cost of health care for small businesses. And Harry is fighting right now to pass additional tax breaks and loan authority to help small businesses grow and hire."

But businesses are afraid to hire precisely because of the unknown costs of Obamacare, while the aforementioned targeted tax credits to support "clean energy" jobs -- 50 here, 50 there, according to Mr. Obama's own examples -- will collapse the moment federal support is withdrawn.

Unfortunately, Spain already tried that, and a study conducted by Dr. Gabriel Calzada, an economics professor at Juan Carlos University in Madrid, reveals that every "green job" created with government money in Spain over the past eight years came at the cost of 2.2 regular jobs, while only one in 10 of the newly created green jobs became permanent.

President Obama admits government is not the answer -- at the same time he's growing government control over our economy at the fastest rate seen since the wartime emergency of 1942, while bragging how his administration will pick and choose which "startups" are worth taxpayer subsidies.

Problem is, it's not working.

POSTED BY DEEP ROOTS IN TOUGH TIMES AT 10:42 PM   3 COMMENTS
LINKS TO THIS POST   ✉️
LABELS: OBAMA

SATURDAY, JULY 10, 2010

## Equal Justice Under the Law

Obama Care. Health Care (24)
YouTube (21)
America that I Love (16)
Illegal Immigration (16)
Prepare/ Prep (12)
Cap and Trade (11)
Bills (9)
TAXes (8)
We the People (8)
Constitution (7)
Prepping (7)
Survivor Pantry (7)
Book Reviews (6)
The PRESS (6)
Glenn Beck (5)
Military Defense (5)
Elections (4)
Recovery Options (4)
9/12 (3)
Agriculture (3)
Climate Change (3)
EPA (3)
Foreign Policy (3)
Freedom (3)
Guns (3)
HyperInflation (3)
Progressives (3)
Vote (3)
FOOD (2)
Global Warming (2)
H1N1 Swine Flu (2)
Jobs (2)
Money (2)
Political Ads (2)
STATES Movement (2)
Senators (2)
Soc. Sec. (2)
Socialism (2)
Stimulus (2)

# EXHIBIT 5

# EXHIBIT 5

# *-APPLICATION-*

## Title ──────────────────────────────

**Title of Work:** President: we're 'moving forward'

## Completion/Publication ──────────────

**Year of Completion:** 2010

**Date of 1st Publication:** July 11, 2010          **Nation of 1st Publication:** United States

## Author ─────────────────────────────

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ─────────────

**Organization Name:** Righthaven LLC

**Name:**   Chief Executive Officer

**Email:**   sgibson@righthaven.com          **Telephone:**   702-527-5900

**Address:**   9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification ──────────────────────

**Name:**  Steven A. Gibson

**Date:**  August 25, 2010

**Applicant's Tracking Number:**  0002026

**Registration #:**

**Service Request #:**   1-477052668

**Application Date:**   08-25-2010 17:32:23

## Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States